IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 20 2008

GREGORY C. LANGHAM
                    CLERK

Civil Action No. 08-cv-02230-BNB

MINOR MICHAEL STILL,
         Applicant,

v.

KEVIN MILYARD, Warden,
MARY CARLSON, Colorado Department of Corrections Time and Release
    Administrator,
JOSEPH L. HALLIGAN, Casemanager III,
RICHARD DICK, Casemanager III,
HARLEY G. LAPPIN, United States Federal Bureau of Prisons Director,
KEN DEAL, Deputy United States Marshal, District of Colorado,
PAUL SANZO, Assistant Attorney General, State of Colorado,
JESS DANCE, Assistant Attorney General, State of Colorado,
ROSE TRUJILLO, Time Computation/Detainer Operations Officer, CDOC,
MARIE HALL, Detainer Operations, Colorado Department of Corrections, and
MARY HERNDON, Detainer Operations, U.S. Marshal's Office of Detainer Operations,
         Respondents.

## ORDER DISMISSING CASE

Applicant Minor Michael Still is a prisoner in the custody of the Colorado Department of Corrections at the Sterling Correctional Facility at Sterling, Colorado. Mr. Still initiated this action by filing *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. In an order filed on October 15, 2008, Magistrate Judge Boyd N. Boland directed Mr. Still to cure a deficiency if he wishes to pursue his claims in this action. On November 10, 2008, Mr. Still filed a "Motion to Withdraw Petition for Writ of Habeas Corpus Filed Pursuant to 28 U.S.C. 2241, Filed on September 29, 2008."

The Court must construe the motion to withdraw liberally because Mr. Still is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the Court will construe the motion as a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Mr. Still "may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." No response has been filed by Respondents in this action. A voluntary dismissal pursuant to Rule 41(a)(1)(A) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the "Motion to Withdraw Petition for Writ of Habeas Corpus Filed Pursuant to 28 U.S.C. 2241, Filed on September 29, 2008," filed on November 10, 2008, is construed as a notice of voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A). It is

FURTHER ORDERED that the voluntary dismissal is effective as of November 10, 2008, the date the notice was filed in this action. It is

FURTHER ORDERED that the motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 filed on October 2, 2008, is denied as moot.

DATED at Denver, Colorado, this 19 day of Nov., 2008.

BY THE COURT:

/s/ Zita Weinshienk

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-02230-BNB

Minor Michael Still
Prisoner No. 53037
Sterling Correctional Center
P.O. Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  11/20/08  .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk